FILED
APR 16 2026
CLERK'S OFFICE
DETROIT

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**MICHAEL L. MUSCAT III and REBECCA B. MUSCAT,**
**Plaintiffs,**

v.

**UNITED STATES OF AMERICA,**
**Defendant.**

**Case No. 2:25-cv-13019**

**AMENDED COMPLAINT FOR TAX REFUND**

## I. JURISDICTION AND VENUE

1. This is an action for refund of federal income taxes pursuant to 26 U.S.C. § 7422.

2. Jurisdiction is invoked under 28 U.S.C. § 1346(a)(1).

3. Venue is proper in this district because Plaintiffs reside in this district.

## II. PARTIES

4. Plaintiffs Michael L. Muscat III and Rebecca B. Muscat are individuals residing in Michigan.

5. Defendant is the United States of America, acting through the Internal Revenue Service.

## III. FACTUAL BACKGROUND

### A. IRS Erroneously Classified Plaintiff as Deceased

6. The IRS incorrectly coded Plaintiff as deceased from approximately 2013 through 2023.

7. This error disrupted tax return processing, refund issuance, and account activity.

8. Plaintiffs were unaware of the full scope of this error until years later.

9. The error materially interfered with Plaintiffs' ability to file and obtain refunds.

### B. Filed Returns and Refund Claims

10. Plaintiffs filed returns and claimed refunds as follows:

2017: $4,080
2018: $7,110
2019: $8,572
2020: Expected $12,664, adjusted to $10,919; received $11,056.25
2022: $7,147
2023: $8,590

### C. Refunds Not Properly Paid

11. Refunds for 2017, 2018, 2019, 2022, and 2023 were not received.

12. The 2020 refund does not reflect the full amount owed.

**D. Administrative Delays**

13. Processing was delayed or denied.

14. IRS records reflect irregular handling consistent with the deceased classification.

**IV. CLAIM FOR RELIEF**

**COUNT I – TAX REFUND**

15. Plaintiffs overpaid federal income taxes.

16. Plaintiffs are entitled to refunds.

17. The IRS failed to issue those refunds.

**COUNT II – DUE PROCESS VIOLATION**

18. The IRS error deprived Plaintiffs of property and due process.

**V. DAMAGES**

19. Plaintiffs seek the refund amounts listed above plus statutory interest.

**VI. RELIEF REQUESTED**

Plaintiffs request judgment, refunds, interest, and any further relief deemed appropriate.

Respectfully submitted,

Michael L. Muscat III
Rebecca B. Muscat Rebecca Muscat

4/13/2026

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 3739 4596 96

Retail

48226

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
ROMEO, MI 48065
APR 13, 2026

$7.47

S2324N503651-15

FROM:

Muscat
11811 Valleydale Ct
Washington, MI 48095

Clerk of Court
U.S. District Court
Eastern District of Michigan
231 W. Lafayette Blvd
Detroit, MI 48226

Utility Mailer
10 1/2" x 16"

Ready ost.