# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL L. MUSCAT, et al.,,

      Plaintiff(s),

v.

UNITED STATE OF AMERICA,

      Defendant.

Case No. 2:25-13019
District Judge David Lawson
Magistrate Judge Anthony P. Patti

_____/

## ORDER DEEMING DEFENDANT'S MOTION TO DIMISS ORIGINAL COMPLAINT (ECF NO. 13) WITHDRAWN AS MOOT

Upon consideration of Plaintiff's amended complaint (ECF No. 15), and the Government's admission in its motion to dismiss the amended complaint that its prior motion to dismiss the original complaint "is moot" (*see* ECF No. 17, PageID.111), Defendant's motion to dismiss the original complaint (ECF No. 13) is **DEEMED WITHDRAWN AS MOOT**.  It is **SO ORDERED**.

Dated:  June 6, 2026

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE