UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael L. Muscat, et al.,

Plaintiff(s),

v.

Case No. 2:25−cv−13019−DML−APP
Hon. David M. Lawson

United States of America,

Defendant(s),

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 8/21/2026, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

s/Anthony P. Patti
Anthony P. Patti
U.S. Magistrate Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/L. Saulsberry
Acting in the absence of Eddrey Butts

Dated: August 7, 2026